**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Frank Sanchez

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | 1:06- CV-0956 OWW LJO<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on January 15, 2007, and is therefore requesting that Plaintiff shall have until February 15, 2007 in which to file his opening brief.

Dated: January __12__, 2007        /s/ Robert Ishikawa
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT ISHIKAWA
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, CAROLE A. HENRY

Dated: January __12__, 2007        /s/ Kristi Kapetan
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KRISTI KAPETAN
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　IT IS SO ORDERED.

**Dated:　January 16, 2007**         　　/s/ Lawrence J. O'Neill
66h44d　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1