1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CLEMENTE SANCHEZ,<br><br><br>          Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:06cv0956 OWW DLB<br><br><br>ORDER REMANDING ACTION<br>FOR FURTHER PROCEEDINGS |

On April 21, 2009, the Ninth Circuit Court of Appeals granted Plaintiff's appeal and instructed this Court to remand the action for further proceedings.

Accordingly, this action is REMANDED to the Commissioner for further proceedings to determine Plaintiff's vocational ability, taking into account Dr. McIntire's opinion of Plaintiff's limitations, including the limitation of walking and standing four to six hours.

The Clerk of Court is DIRECTED to close this action

IT IS SO ORDERED.

**Dated:   June 15, 2009**          _____ **/s/ Oliver W. Wanger** _____
UNITED STATES DISTRICT JUDGE