LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134
   E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

|  |  |
|---|---|
| FRANK SANCHEZ,    ) <br>       ) <br>   Plaintiff,   ) <br>       ) <br>   v.     ) <br>       ) <br> MICHAEL J. ASTRUE,   ) <br> Commissioner of   ) <br> Social Security,   ) <br>       ) <br>   Defendant.   ) <br> _____) | CIVIL NO. 1:06-cv-956 OWW DLB <br><br> STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney

fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN

THOUSAND FIVE HUNDRED dollars and 00 cents ($7,500.00).  This amount represents

compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this

civil action, in accordance with 28 U.S.C. § 2412(d).

     This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

Payment of SEVEN THOUSAND FIVE HUNDRED dollars and 00 cents ($7,500.00) in EAJA attorney

fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,


Dated: August 27, 2009                    /s/ Robert Ishikawa
                                          *(As authorized via email)*
                                          ROBERT ISHIKAWA
                                          Attorney for Plaintiff

Dated: August 27, 2009                    LAWRENCE G. BROWN
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration


                                          /s/ Shea Lita Bond
                                          SHEA LITA BOND
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

    IT IS SO ORDERED.

    **Dated:   September 2, 2009**            _____/s/ Dennis L. Beck_____
                                          UNITED STATES MAGISTRATE JUDGE